IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| BAYNE ALEXIS, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 06-0674-CG-M |
| ALBERTO GONZALES, MICHAEL CHERTOFF, WARDEN DAVID OSTREIFF, | ) ) ) ) ) | |
| Respondents. | ) | |

### ORDER

This matter is before the court on the report and recommendation of the magistrate judge (Doc. 21) and the objection of petitioner to the report and recommendation (Doc. 22). The magistrate judge recommended that this action be dismissed as moot. Upon a de novo review of those portions of the report and recommendation to which objection is made, the court agrees with the findings of the magistrate judge and finds that this case is due to be dismissed as moot.

The petition in this case seeks "relief from unconstitutional segregation detention at Perry County Correctional Center." (Doc. 1, p. 1). Petitioner asserts that he has been "subjected to segregated housing for refusals of illegal attempts at transfers to facilities out of the proper jurisdiction for my case" (Doc. 1, p. 3). Defendants' response contends that petitioner was placed in the Special Management Unit for approximately one month, but that on November 7, 2006, he was returned to the general inmate population where he has remained. (Doc. 12, p. 2). As such, defendants asserted and the magistrate judge agreed, that the petition was moot and should be dismissed or denied. Although petitioner disputes the exact date, he does not dispute the fact that he was returned to the general inmate population. (Doc. 20). Petitioner's objection

indicates that he, nevertheless, believes his case is not moot and asserts that he should be allowed to amend his complaint. (Doc. 22).

Upon reviewing petitioner's arguments and the case as a whole, the court finds that the petition is moot and should be dismissed. As the magistrate judge explained in his report and recommendation, the petition clearly presents no case or controversy at this time. See Soliman v. U.S. ex rel. INS, 296 F.3d 1237, 1242-1243 (11th Cir. 2002) (explaining the case or controversy requirement). Furthermore, the court will not allow petitioner to amend his complaint to raise entirely new claims now that petitioner's original claim has been found moot.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the report and recommendation to which objection is made, the report and recommendation of the magistrate judge made under 28 U.S.C. § 636(b)(1) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this case be, and is, hereby **DISMISSED** as **MOOT**.

**DONE** and **ORDERED** this 22nd day of May, 2007.

    /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE