**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| **BAYNE ALEXIS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 06-0674-CG-M** |
| | ) | |
| **ALBERTO GONZALES,** | ) | |
| **MICHAEL CHERTOFF,** | ) | |
| **WARDEN DAVID OSTREIFF,** | ) | |
| | ) | |
| **Respondents.** | ) | |

<u>**JUDGMENT**</u>

Pursuant to the order entered this date **ADOPTING** the report and recommendation of

the magistrate judge, it is **ORDERED, ADJUDGED, and DECREED** that this case is hereby

**DISMISSED** as **MOOT,** and **JUDGMENT is entered in favor of the defendants.**

**DONE** and **ORDERED** this 22nd day of May, 2007.

 /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

1